UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8377 FMO (DTBx) | Date | October 2, 2024 |
|---|---|---|---|
| Title | The Babylon Bee, LLC et al v. Feldstein Soto, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Briefing Re: Stay of Proceedings

Having reviewed The Babylon Bee, LLC and Kelly Chang Rickert's (collectively, "plaintiffs") Application for Temporary Restraining Order, or Alternative Motion for Expedited Preliminary Injunction (Dkt. 12, "Application"), the court finds it prudent to order the parties to brief why this case should not be stayed given the case filed on September 17, 2024, in the Eastern District of California, see Kohls v. Bonta et al., Case No. CV 24-2527 (E.D. Cal. 2024), which involves substantially similar issues and parties. Accordingly, IT IS ORDERED THAT:

1. Plaintiffs shall file a brief explaining why the court should not stay this proceeding no later than **October 7, 2024**.

2. Defendants shall file a response no later than **October 15, 2024**.

3. Plaintiffs shall file a reply no later than **October 18, 2024**.

4. This case is stayed pending a ruling on the stay issue.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |