David A. Shaneyfelt (CA Bar No. 240777)*
DShaneyfelt@alvarezfirm.com
**The Alvarez Firm**
24005 Ventura Blvd.
Calabasas, CA 91302
Telephone: (818) 224-7077
Facsimile: (818) 224-1380

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Bryan D. Neihart (AZ Bar No. 035937)**
bneihart@ADFlegal.org
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

*Counsel for Plaintiffs The Babylon Bee, LLC and Kelly Chang Rickert*

* *Local Counsel*
** *Pro hac vice application pending*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Babylon Bee, LLC,** and **Kelly Chang Rickert**,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>**Robert A. Bonta**, *et al.*,<br><br>    *Defendants.* | Civil No. 2:24-cv-08377-FMO-DTB<br><br>**Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) of Defendants Gascón and Soto**<br><br>**Judge**: Fernando M. Olguin |

PLEASE TAKE NOTICE:

**ONLY** Defendants George Gascón, in his official capacity as District Attorney for Los Angeles County, and Hydee Soto, in her official capacity as the Los Angeles City Attorney are dismissed from the Complaint brought by Plaintiffs The Babylone Bee, LLC, and Kelly Chang Rickert. This Voluntary Dismissal is made pursuant to F.R.Civ.P. 41(a) and is done without prejudice.

DATED:   October 4, 2024

                                */s/ David A. Shaneyfelt*
                                David A. Shaneyfelt
                                *Counsel for Plaintiffs*

**PROOF OF SERVICE**

On October 4, 2024, I electronically filed Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) with the Clerk of Court using the CM/ECF system. Counsel for Defendants Bonta and Weber were served via the CM/ECF systems generated Notice of Electronic filing pursuant to L.R. 5-3.2.1.

The following defendants have not yet entered an appearance and, therefore, will be served via overnight delivery via the United Parcel Service (UPS) per F.R. Civ. P. 5.

| George Gascón, in his official capacity as District Attorney for Los Angeles County<br>211 West Temple Street, Suite 1200<br>Los Angels, CA 90012 | Hydee Feldstein Soto, in her official capacity as the Los Angeles City Attorney<br>200 N. Main Street<br>Los Angeles, CA 90012 |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *David A. Shaneyfelt*
David A. Shaneyfelt
*Counsel for Plaintiffs*

2