David A. Shaneyfelt (CA Bar No. 240777)*
DShaneyfelt@alvarezfirm.com
The Alvarez Firm
24005 Ventura Blvd.
Calabasas, CA 91302
Telephone: (818) 224-7077
Facsimile: (818) 224-1380

Jonathan A. Scruggs (AZ Bar No. 030505)**
jscruggs@ADFlegal.org
Bryan D. Neihart (AZ Bar No. 035937)**
bneihart@ADFlegal.org
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028

Counsel for Plaintiffs The Babylon Bee, LLC
and Kelly Chang Rickert

*Local Counsel
**Pro hac vice application pending

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Babylon Bee, LLC,** and **Kelly Chang Rickert**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **Robert A. Bonta**, et al., <br><br> *Defendants.* | Civil No. 2:24-cv-08377-FMO-DTB <br><br> **Motion to Waive Oral Argument on Plaintiffs' Motions** <br><br> **Date:** October 10 and 24, 2024 <br> **Time:** 10:00 a.m. <br> **Courtroom:** 6D <br> **Judge:** Fernando M. Olguin |

Plaintiffs, The Babylon Bee, LLC and Kelly Chang Rickert request that this Court (1) waive oral argument on Plaintiffs' Motion to Expedite Briefing (ECF No. 22); (2) waive oral argument on Plaintiffs' Alternative Motion to Transfer Venue (pp. 9–11, ECF No. 21); or (3) alternatively, appear telephonically for a hearing on either of those motions.

This Court may resolve Plaintiffs' Motion to Expedite Briefing (ECF No. 22) without oral argument. *See* Local Rule 7-15; *Willis v. Pac. Mar. Ass'n*, 244 F.3d 675, 684 n. 2 (9th Cir. 2001). It is appropriate to resolve that motion without oral argument because of the time-sensitive nature of the request, and because the substantive arguments within the parties' briefs address or will address the primary issues. Further, Plaintiffs' unopposed request to transfer venue may eliminate the need for a hearing on this motion and, therefore, Plaintiffs ask the Court to quickly rule on the unopposed motion to transfer to avoid the need for any further motion practice.

This Court may also resolve Plaintiffs' Alternative Motion to Transfer Venue (pp. 9–11, ECF No. 21) without oral argument. *See* Local Rule 7-15; *Willis*, 244 F.3d at 684 n. 2. Oral argument is unnecessary because no party—not Plaintiffs, not Defendants, and not the plaintiff in *Kohls v. Bonta*—opposes the requested transfer. *See* Pls.' Comb. Mot. 3, ECF No. 21; Neihart Decl. 1, ECF No. 21–1.

Alternatively, the parties request permission to telephonically appear at any hearing on these matters. Plaintiffs' Motion to Expedite Briefing (ECF No. 22) is noticed for October 10, the earliest possible available date. But Plaintiffs' counsel (Jonathan Scruggs) is already scheduled to be out-of-state on that date. Commuting to Los Angeles for an in-person appearance would be burdensome due to his pre-arranged travel. Further, Plaintiffs' counsel conferred with Defendants' counsel, and Defendants are not opposed

1  to appearing telephonically.

2  Plaintiffs' Alternative Motion to Transfer Venue (pp. 9–11, ECF No.
3  21) is noticed for October 24. But because no one opposes that request, an in-
4  person hearing would be unduly burdensome.

5  For these reasons, Plaintiffs request that the Court grant its request to
6  waive oral argument on Plaintiffs' Motion to Expedite Briefing (ECF No. 22)
7  and Plaintiffs' Alternative Motion to Transfer Venue (pp. 9–11, ECF No. 21),
8  or, alternatively, grant their request to appear for these hearings
9  telephonically.

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains 389 words, which complies with the word limit of L.R. 11-6.1.

DATED:    October 7, 2024

*/s/ David A. Shaneyfelt*
David A. Shaneyfelt
*Counsel for Plaintiffs*

2

**PROOF OF SERVICE**

On October 7, 2024, I electronically filed the Motion to Waive Oral Argument on Plaintiffs' Motions, with the Clerk of Court using the CM/ECF system. Counsel for Defendants Bonta and Weber were served via the CM/ECF systems generated Notice of Electronic filing pursuant to L.R. 5-3.2.1.

I declare under penalty of perjury that the foregoing is true and correct.

>              */s/ David A. Shaneyfelt*
> David A. Shaneyfelt
> *Counsel for Plaintiffs*